# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

EMANUEL TADEO SOTOMAYOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3231

————————————————

July 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teresa Dees, Judge.


PER CURIAM.

　　Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.